Magistrate Judge Brian A. Tsuchida

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>Jaspal GILL, aka, Rajinder Pal SINGH,<br><br>Defendant. | CASE NO. MJ22-224<br><br>COMPLAINT for VIOLATION<br><br>Title 8, United States Code,<br>Sections 1324(a)(1)(A)(v)(I), (ii), and (iii),<br>and 1324(a)(1)(B)(i) |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## <u>COUNT ONE</u>

### Conspiracy to Transport and Harbor Certain Aliens for Profit

Beginning on or about an unknown date, and continuing until May 20, 2022, in Whatcom, King, and Thurston Counties, within the Western District of Washington, and elsewhere, Jaspal GILL, and others known and unknown, did knowingly and intentionally conspire to transport and move certain aliens, who had entered, and remained in the United States in violation of law, within the United States by means of transportation and otherwise, in furtherance of such violation of law, and to conceal, harbor and shield from

1 detection by immigration authorities such aliens, with the intent to violate the law, for the
2 purpose of commercial advantage or private financial gain.

3     All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (ii),
4 and (iii), and 1324(a)(1)(B)(i).

5     And the complainant states that this Complaint is based on the following
6 information:

7     I, David J. Spitzer, being first duly sworn on oath, depose and say:

8 **<u>INTRODUCTION AND AGENT BACKGROUND</u>**

9     1.    I am a Special Agent with United States Homeland Security Investigations
10 (HSI) and have been so employed since January 2020. In February 2021, I graduated from
11 the Criminal Investigator Training Program and the Homeland Security Investigations
12 Special Agent Training Program at the Federal Law Enforcement Training Centers
13 (FLETC) in Glynco, Georgia. While at FLETC, I received nearly 1000 hours of training in
14 such areas including, but not limited to criminal law, human smuggling/trafficking
15 investigations, and criminal procedures. Prior to being employed with HSI, I was employed
16 as an agent with the United States Border Patrol (USBP) for eleven years and was assigned
17 to the Sector Intelligence Units in El Centro, CA, and Blaine, WA. In this capacity, I was
18 responsible for conducting criminal investigations regarding the violation of immigration
19 laws of the United States. In 2009, I graduated from the United States Border Patrol
20 Academy at the FLETC in Artesia, New Mexico. My education includes a Bachelor of Arts
21 degree in Political Science and a Bachelor of Arts degree in Criminology from the
22 University of Florida.

23     2.    I am assigned to HSI's National Security and Public Safety group in Blaine,
24 WA (hereinafter "HSI Blaine"), which focuses on the enforcement of immigration laws
25 (Title 8, United States Code), including human trafficking and human smuggling, as well
26 as the investigation of transnational gangs. I am authorized to investigate and enforce
27 violations of federal criminal statutes, including those in Titles 8, 18, and 21 of the United
28 States Code.

Complaint - 2
*United States v. Gill*

3.      The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of cooperating witnesses; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4.      Because this Complaint is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Jaspal GILL has committed the offense of Conspiracy to Transport and Harbor Illegal Aliens[1] for Profit, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (ii), and (iii), and 1324(a)(1)(B)(i).

## LAW AND BACKGROUND RELATING TO NON-CITIZEN SMUGGLING ORGANIZATIONS

5.      I know from training and experience that under 8 U.S.C. § 1324(a)(1)(A)(ii) it is illegal to knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, to transport, or attempt to transport, such alien in order to help the alien remain in the United States illegally.

6.      In addition, I know that under 8 U.S.C. § 1324(a)(1)(A)(iii) it is illegal to knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, to harbor, or attempt to harbor, such alien, with the intent to violate the law.

7.      I further know that under 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (II) it is unlawful to conspire to commit, or aid or abet the commission of the crimes listed in 8 U.S.C. §§

---

[1] The word "alien" is used in Title 8 of the United States Code. Throughout this affidavit, and consistent with Executive Branch policy, when referencing offenses as defined in Title 8 of the United States Code, the author uses the term "alien," when not referring specifically to Title 8 of the United States Code, the term "noncitizen" is used in lieu of the term "alien."

Complaint - 3
United States v. Gill

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1324(a)(1)(A)(i)-(iii).

8. From my training and experience as an HSI Special Agent, I know that undocumented noncitizens who cannot secure non-immigrant or immigrant visas to lawfully enter the United States generally choose instead to enter the United States illegally between the ports of entry on the southern and northern borders.

9. Because of their general unfamiliarity with the terrain and border environment or with the methods and routes used to successfully cross the border without detection by government officials, undocumented noncitizens seeking to enter the United States without inspection frequently hire individuals, known as smugglers, who have experience bringing individuals into the United States without detection.

10. Several undocumented noncitizen smuggling organizations operate in the lower mainland of British Columbia, Canada. These organizations typically charge undocumented noncitizens between $2,000 and $5,000 (USD) to be illegally brought across the U.S. border. Fees charged by these organizations vary on different factors. This can include if an undocumented noncitizen is housed by the organization during their illegal border crossing, or if the organization transports the undocumented noncitizen a significant distance during the illegal entry. The relative risk of the route used to enter the U.S. is also a factor that can affect the fee.

11. Undocumented noncitizen smuggling organizations operating in the lower mainland of British Columbia typically have U.S. associates who pick up the undocumented noncitizens once they cross the border illegally. These U.S. associates typically transport the undocumented noncitizens to the Seattle area, where associates may then assist the undocumented noncitizens with travel arrangements to other U.S. locations. These undocumented noncitizen smuggling organizations may assist in facilitating a driver to transport undocumented noncitizens to other states, as many illegal entrants lack the identification required to travel by air or other mass transportation.

12. Many of these undocumented noncitizen smuggling organizations work with individuals known as "brokers," who arrange travel for the undocumented noncitizens from

Complaint - 4
*United States v. Gill*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

their home countries through various transit nations into the U.S. for fees ranging from $30,000 to $70,000 (USD). These brokers will often also arrange for fraudulent travel and identification documents to facilitate the undocumented noncitizen's travel.

## **PROBABLE CAUSE**

### A.    Use of Uber Drivers to Transport Non-Citizens Smuggled by GILL

13.    In 2018, Homeland Security Investigations (HSI) Blaine began investigating a non-citizen smuggling organization that was suspected of smuggling non-citizens into the United States through the U.S. – Canada border in Whatcom County, Washington. Through the course of this investigation, investigators have determined that beginning no later than summer 2018, the smuggling organization has used, and continues to use, Uber drivers to transport undocumented noncitizens from the U.S. – Canada border to various locations in the greater Seattle area.

14.    Based upon records provided by Uber, investigators observed a pattern associated with the Uber trips involving the transportation of non-citizens that were being smuggled by the organization. Specifically, investigators noted that the Uber trips would consist of two legs. The first leg of the trip would originate from near the U.S. – Canada border and would terminate at an intermediate location—most often the Seattle-Tacoma International Airport (hereinafter "Sea-Tac Airport"). The second leg would then commence from the vicinity of the prior drop-off location and would terminate near a suspected stash house located at 11221 SE 240th Place, Kent, WA (hereinafter "the Kent Residence"), near another suspected stash house located at 2743 Fiddleback St. NE, Lacey, WA (hereinafter "the Lacey Residence"),[2] or at motels in the greater Seattle-area.

15.    Though investigators have identified seventeen Uber accounts that are believed to have been used by the organization since the inception of the investigation in

---

[2] According to Thurston County records, Daljit KAUR—GILL's spouse—purchased 2743 Fiddleback St. NE, Lacey, WA, in February 2019.

Complaint - 5
*United States v. Gill*

2018, many of these accounts are no longer in use by the organization.[3] However, at least four of these Uber accounts—each created in March 2019 or prior—remained active through at least April 2022. These four accounts are:

| Uber Account Name | Phone Number Associated with Account |
|---|---|
| Uber Account 1 | XXX-XXX-2319 |
| Uber Account 2 | XXX-XXX-0806 |
| Uber Account 3 | XXX-XXX-3602 |
| Uber Account 5 | XXX-XXX-5202 |

**Uber Account 1**

16.     Uber Account 1 was created on February 4, 2018. As detailed below, a review of Uber Account 1 suggests that Uber Account 1 has been used in conjunction with other Uber Accounts to move suspected undocumented noncitizens from near the U.S. – Canada border to Sea-Tac Airport, and then to the Kent Residence, the Lacey Residence, and other areas known and unknown.

17.     While Uber Account 1 has never been used to order an Uber trip originating near the U.S. – Canada border, it has been used repeatedly as a second leg of an Uber trip that originated near the U.S. – Canada border. Specifically, from September 16, 2018, to May 29, 2021, at least ninety of the 140 Uber trips ordered by Uber Account 1 originated at, or near, Sea-Tac Airport, and were ordered within thirty minutes of the termination of another Uber Trip—ordered by a different Uber account—that ended at, or near, Sea-Tac Airport. As noted, each of these apparent first legs of a split-trip originated near the U.S. – Canada border.

18.     The below chart showing trip-splitting[4] at Sea-Tac Airport—with Uber Account 1 always being the second leg—is representative of these ninety trips involving

---

[3] The total value of the Uber fares identified in furtherance of the charged conspiracy, and occurring from July 2018 through April 2022, exceeds $75,000.

[4] Based on records provided by Uber, law enforcement's knowledge of this investigation, and the patterns identified herein, investigators believe that members of the organization are splitting trips

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the two separate Uber accounts with trip-splitting at Sea-Tac Airport. Moreover, from January 27, 2020, through April 22, 2022, when Uber Account 1 has been used in conjunction with another Uber account to split a trip at or near Sea-Tac Airport, the first leg of the trip was always ordered by either Uber Account 2 or Uber Account 3.

|  | Date | Departure | Origin | Arrival | Destination | Uber Account |
|---|---|---|---|---|---|---|
| Leg 1 | 9/16/2018 | 4:36 a.m. | Lynden, WA | 6:36 a.m. | Sea-Tac Airport | N.B. |
| Leg 2 | 9/16/2018 | 6:57 a.m. | Radisson Hotel Sea-Tac[5] | 7:15 a.m. | 9620 S. 242nd Ct., Kent, WA[6] | Uber Account 1 |
| Leg 1 | 1/31/2019 | 4:32 a.m. | Nooksack, WA | 6:34 a.m. | Sea-Tac Airport | D.S. |
| Leg 2 | 1/31/2019 | 6:50 a.m. | Radisson Hotel Sea-Tac | 7:14 a.m. | 11222 SE 240th Pl., Kent, WA[7] | Uber Account 1 |
| Leg 1 | 4/11/2019 | 5:28 a.m. | Lynden, WA | 7:50 a.m. | Sea-Tac Airport | Uber Account 5 |
| Leg 2 | 4/11/2019 | 8:05 a.m. | Radisson Hotel Sea-Tac | 8:27 a.m. | 10715 SE 240th St., Kent WA[8] | Uber Account 1 |
| Leg 1 | 1/6/2020 | 2:19 a.m. | Custer, WA | 4:09 a.m. | Sea-Tac Airport | Uber Account 2 |
| Leg 2 | 1/6/2020 | 4:28 a.m. | Radisson Hotel Sea-Tac | 4:46 a.m. | 11211 SE 240th Pl., Kent WA[9] | Uber Account 1 |
| Leg 1 | 1/19/2021 | 5:27 a.m. | Ferndale, WA | 8:04 a.m. | Radisson Sea-Tac | Uber Account 2 |

to obscure the origin of the trip, *i.e.*, the international border, and to provide a potential lack of knowledge defense relating to the immigration status and/or manner of entry of the noncitizens that the organization is smuggling.

[5] The Radisson Hotel Seattle Airport ("Radisson Hotel Sea-Tac") is located at 18118 International Blvd., Seattle, WA 98188.

[6] This address is located approximately 1.2 miles from the Kent Residence.

[7] This address is located two houses away from the Kent Residence.

[8] This address is located approximately .4 miles from the Kent Residence.

[9] This address is located across the street from the Kent Residence.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Leg 2 | 1/19/2021 | 8:09 a.m. | Radisson Hotel Sea-Tac | 9:11 a.m. | Starbucks Lacey, WA[10] | Uber Account 1 |
|-------|-----------|-----------|------------------------|-----------|-------------------------|----------------|
| Leg 1 | 5/29/2021 | 3:38 a.m. | Ferndale, WA | 5:31 a.m. | Radisson Sea-Tac | Uber Account 3 |
| Leg 2 | 5/29/2021 | 5:39 a.m. | Radisson Hotel Sea-Tac | 6:25 a.m. | 2719 Fiddelback St, NE, Lacey, WA[11] | Uber Account 1 |

19.     Records provided by Verizon on January 27, 2022, show that the phone number associated to Uber Account 1 is a prepaid account with a subscriber listed as "Info Update" and an address of 295 Parkshore Drive, Folsom, CA. These records also show that the phone number associated to Uber Account 1—XXX-XXX-2319[12]—has been active with the same subscriber information associated to it since January 28, 2018.

**Uber Account 2**

20.     Uber Account 2 was created on September 27, 2018. According to Uber records obtained in February 2022, Uber Account 2 ordered approximately ninety-three Uber trips from January 3, 2019, through February 13, 2022. Beginning in May 2019, and continuing until October 18, 2021, Uber Account 2 was used to order thirty-six fares that originated near the U.S. – Canada border and terminated at the Sea-Tac Airport, the Radisson Sea-Tac, or other locations adjacent to Sea-Tac Airport.

21.     Moreover, on January 26, 2022, Uber Account 2 and Uber Account 3 were involved in an apparent split-trip that originated near the U.S. – Canada border and terminated at a hotel in Kent, WA. Specifically, Uber Account 3 ordered a trip that originated near Badger Road in Lynden, WA, at approximately 4:55 a.m. That trip terminated at the Mariner Park and Ride in Everett, WA (hereinafter "Mariner Park and

---

[10] The drop-off location for this trip is located approximately 2.1 miles from the Lacey Residence.
[11] This address is located 180 feet from the Lacey Residence.
[12] During this investigation, law enforcement has obtained cell site location information and GPS ping warrants for this phone. Based upon this information, as well as other information I have learned in this investigation, I believe that this phone is GILL's daily use phone, that he has used this phone since account activation, and continues to use this phone.

Complaint - 8
*United States v. Gill*

Ride"), at approximately 6:19 a.m. At approximately 6:28 a.m., a trip ordered by Uber Account 2, originated at a Starbuck's in Everett, WA—that is 500 feet from the Mariner Park and Ride. This second leg, ordered by Uber Account 2, terminated at the Century Motel in Kent, WA (hereinafter "Century Motel"), at 7:09 a.m.

22.     Additionally, beginning on February 9, 2021, and as recently as January 11, 2022, Uber Account 2 ordered sixteen trips that originated at the Radisson Sea-Tac. Each of these sixteen trips terminated at one of three locations: a parking lot in Lacey, WA (twelve trips), the Century Motel (two trips), or a Park and Ride in Kent, WA, that is located approximately .2 miles from the Century Motel (two trips).

23.     Two of these sixteen trips, which occurred on August 30, 2021, and October 1, 2021, appear to be split trips from the area near the U.S. – Canada border, with both legs of each trip being ordered by Uber Account 2. Moreover, even though investigators have not yet located the first leg—from the border to Sea-Tac airport—for the other fourteen of these sixteen trips, each of these fourteen trips originated at the Radisson Sea-Tac between 4:56 a.m. and 7:43 a.m., which is consistent with a first leg that originated near the U.S. – Canada border in the early morning hours.

24.     According to records provided by Verizon on January 27, 2022, the phone number associated with Uber Account 2 is a prepaid account with a subscriber listed as "PHONEINTHEBOX OAS" and an address of 295 Parkshore Drive in Folsom, CA. According to Verizon records, the phone number associated to Uber Account 2—XXX-XXX-0806[13]—has had the same subscriber since September 26, 2018.

**Uber Account 3**

25.     Uber Account 3 was created on March 21, 2018. Uber records obtained in February 2022 show that from May 29, 2021, through February 12, 2022, Uber Account 3

---

[13] During this investigation, law enforcement has obtained cell site location information and GPS ping warrants for this phone. Based upon this information, as well as other information I have learned in this investigation, I believe that GILL has used this phone since account activation. I believe that GILL was using this phone as recently as May 11, 2022, which is the last time that law enforcement received a GPS ping for this device.

Complaint - 9
*United States v. Gill*

ordered a total of fifty trips. Of these fifty total Uber fares, twenty-four involved trips that originated near the U.S. – Canada border and terminated at the Sea-Tac Airport, the Radisson Sea-Tac, or at a gas station located next to Sea-Tac Airport.

26.     One of the twenty-four border trips, which occurred on September 15, 2021, appears to have been in tandem with Uber Account 2. Specifically, the Uber Account 3 border trip terminated at Sea-Tac at 6:34 a.m., with Uber Account 2 ordering a trip that originated at the Radisson Sea-Tac at 6:53 a.m. The second leg of the trip, ordered by Uber Account 2, terminated at the Century Motel at 7:04 a.m.

27.     Another one of the twenty-four border trips, which occurred on September 7, 2021, involved trip-splitting with both legs of the trip being ordered by Uber Account 3. Specifically, the first leg of the trip began near the U.S. – Canada border at 5:01 a.m., and ended at 7:24 a.m. at Sea-Tac Airport. The second leg of the trip originated at the Radisson Sea-Tac at 7:44 a.m., and terminated at 8:29 a.m. at a Lacey, WA, parking lot that is approximately 2.1 miles from the Lacey Residence.

28.     In addition to the September 7, 2021, trip noted above, Uber Account 3 ordered another ten trips that originated at the Radisson Sea-Tac. The first of these ten trips occurred on July 15, 2021, and the last was on February 9, 2022. Each of these ten trips terminated at either the Lacey, WA parking lot (five trips) or the Century Motel (five trips).

29.     Finally, Uber records show that from October 13, 2021, through January 26, 2022, Uber Account 3 was used to order nine Uber trips that originated near the U.S. – Canada border and terminated at the Mariner Park and Ride. Investigators have only been able to identify the second leg of five of these trips, including one involving Uber Account 2 on January 26, 2022, as discussed above.

30.     AT&T Wireless records show that the phone number associated to Uber Account 3 is connected to a prepaid account with the subscriber information labeled as "PREPAID CUSTOMER" with an address of 17330 Preston Road in Dallas, TX. Based on information provided by AT&T, the phone number associated to Uber Account 3—

Complaint - 10
United States v. Gill

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

XXX-XXX-3602[14]—has been assigned to the same prepaid customer since January 22, 2019.

**Uber Account 5**

31.     Uber Account 5 was created on March 17, 2019. Uber records obtained in February 2022 show that from March 18, 2019, through February 9, 2022, Uber Account 5 ordered a total of seventeen trips. Of these seventeen total Uber fares, eight have involved trips that originated near the U.S. – Canada border and five of those terminated at the Sea-Tac Airport.

32.     One of the eight border trips, which occurred on February 2, 2022, appears to have been in tandem with Uber Account 3. Specifically, the Uber Account 5 border trip terminated at Sea-Tac at 3:21 a.m., with Uber Account 3 ordering a trip that originated at the Radisson Sea-Tac at 3:43 a.m. The second leg of the trip, ordered by Uber Account 3, terminated at the Century Motel at 3:52 a.m.

33.     Another one of the eight border trips, which occurred on January 25, 2022, involved trip-splitting with both legs of the trip being ordered by Uber Account 5. Specifically, the first leg of the trip began near the U.S. – Canada border at 3:18 a.m. and ended at 5:05 a.m. at Sea-Tac Airport. The second leg of the trip originated at the Radisson Sea-Tac at 5:24 a.m. and terminated at 5:35 a.m. at the Century Motel.

34.     AT&T Wireless records show that the phone number associated to Uber Account 5 is connected to a prepaid account with the subscriber information labeled as "PREPAID CUSTOMER" with an address of 123 Your Street, Your Town, GA. Based on information provided by AT&T, the phone number associated to Uber Account 5—XXX-

---

[14] During this investigation, law enforcement has obtained cell site location information and GPS ping warrants for this phone. Based upon this information, as well as other information I have learned in this investigation, I believe that GILL has used this phone since account activation. I believe that GILL was using this phone as recently as May 8, 2022, which is the last time that law enforcement received a GPS ping for this device.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    XXX-5202[15]—has been assigned to the same prepaid customer since October 20, 2021.

2         **B.**    **Identification of the Kent Residence in December 2018**

3         35.    On December 3, 2018, at 2:05 a.m., HSI Blaine conducted electronic

4    surveillance of a Camry with Washington license plate XXX5468, as it left 1861 Emerald

5    Lane, Lynden, WA. According to a court-authorized GPS tracker, at 2:10 a.m., the Camry

6    stopped briefly on Berthusen Road in Lynden, WA, approximately four miles south of the

7    U.S. – Canada border. HSI Blaine continued electronic surveillance of the Camry as it

8    traveled directly to Sea-Tac Airport, roughly 115 miles from Lynden.

9         36.    Once the Camry arrived at the airport, Supervisory Special Agent (SSA) Loic

10   Gunn observed four occupants—two men of apparent Indian descent, one woman of

11   apparent Indian descent, and a young child—get out of the vehicle near the American

12   Airlines departure drop-off area. Investigators maintained surveillance on foot as these four

13   individuals left the drop-off area and walked downstairs to the arrival's concourse.

14        37.    SA Brian Faria then observed these four individuals cross Pacific Highway

15   South to the parking lot of the Radisson Sea-Tac, where they were picked up by a silver

16   2017 Toyota Prius bearing Washington license plates (hereinafter "the Prius"), registered

17   to an individual known to law enforcement (hereinafter "Co-conspirator 1") at the Kent

18   Residence.

19        38.    HSI Blaine and Seattle agents continued surveillance of the Prius as it drove

20   to the Econo Lodge hotel at 1233 Central Ave., Kent, WA, arriving at 4:36 a.m. Once at

21   the Econo Lodge, the occupants of the Prius, including Co-conspirator 1, entered Room

22   108. Five minutes later, Co-conspirator 1 left Room 108 by himself and departed the hotel

23   in the Prius.

24

25

---

26   [15] During this investigation, law enforcement has obtained cell site location information and GPS
     ping warrants for this phone. Based upon this information, as well as other information I have
27   learned in this investigation, I believe that GILL has used this phone since account activation. I
     believe that GILL was using this phone as recently as May 3, 2022, which is the last time that law
28   enforcement received a GPS ping for this device.

Complaint - 12
*United States v. Gill*

39.     Co-conspirator 1 returned to the hotel in the Prius around noon. Agents watched him enter Room 108 with a small plastic grocery bag. Five minutes later, Co-conspirator 1 left the room and entered the hotel lobby. Co-conspirator 1 returned to Room 108 before departing in the Prius at 12:15 p.m.

40.     At 10:18 p.m., agents observed Co-conspirator 1 return to the hotel in the Prius. A few minutes later, the four occupants—two men, a woman, and a child—left the room and got into the Prius. Co-conspirator 1 parked near the lobby and went inside for several minutes before exiting the lobby with papers in his hand. Co-conspirator 1 reentered the Prius and drove the passengers to the Kent Residence without stopping.

**C.     Identification of Avis Budget One-Way Rentals from Washington to Illinois in March 2019**

41.     On March 11, 2019, HSI Seattle Agents established surveillance on the Kent Residence. At approximately 9:30 a.m., SA McGeachy observed a white 2018 Nissan Armada, bearing California Plate XXXK450 arrive at the residence (hereinafter "the 2018 Armada"). At approximately 9:48 a.m., SA McGeachy observed the Prius depart the residence and minutes later arrive at a McDonalds parking lot located at 10715 SE 240th St. Kent, WA.

42.     Upon arrival at the McDonalds, SA Yilin Wu observed the male driver of the Prius exit the vehicle and wave at three females and one male. All four individuals walked to the Prius and entered the vehicle. The Prius then returned to the Kent Residence, arriving at approximately 9:52 a.m.

43.     At approximately 10:10 a.m., SA McGeachy observed the 2018 Armada return to the residence. SA McGeachy then observed as the driver of the 2018 Armada unloaded what appeared to be groceries from the back of the vehicle. At approximately 10:17 a.m., SA McGeachy observed the 2018 Armada depart the area of the residence with at least four individuals inside the vehicle.

44.     A registration check of the 2018 Armada showed that the owner of the vehicle was PV Holdings, the parent company of Avis Budget Group car rental. According

Complaint - 13
*United States v. Gill*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to information provided by Avis, at approximately 7:45 a.m., on March 11, 2019, a person known to law enforcement (hereinafter "Co-conspirator 2") rented the 2018 Armada from an Avis located at Sea-Tac Airport. Avis personnel indicated that the vehicle was a one-way rental with a scheduled drop-off date of March 13, 2019, at Chicago O'Hare International Airport (hereinafter "Chicago O'Hare Airport"). According to information provided by Avis personnel on March 14, 2019, the vehicle was returned on March 12, 2019, at 8:18 p.m. at Chicago O'Hare Airport.

45.    Avis personnel indicated that Co-conspirator 2 made a similar one-way rental from Sea-Tac Airport on March 6, 2019, with a drop-off at Chicago O'Hare Airport on March 8, 2019. A review of Uber records indicates that an Uber account with username "D.S." ordered a split border trip on March 5, 2019. The first leg of this trip originated at 5:15 a.m., near the U.S. – Canada border, and terminated at 6:45 a.m., near the Mariner Park and Ride in Everett, WA. The second leg of the trip originated at 7:02 a.m., near the Mariner Park and Ride, and terminated at 10204 SE 240th St. Kent, WA, at 8:00 a.m. The drop-off location for this split border trip is approximately .8 miles from the Kent Residence.

46.    On March 13, 2019, HSI Blaine investigators received information from Avis regarding another one-way rental from Sea-Tac Airport to Chicago O'Hare Airport. Specifically, Avis personnel indicated that an individual known to law enforcement (hereinafter "Co-conspirator 3") was scheduled to pick-up a vehicle from Avis Sea-Tac Airport at 11:00 p.m., on March 14, 2019. The vehicle was scheduled to be returned at Chicago O'Hare Airport on March 18, 2019. This reservation went unfulfilled.[16]

47.    On March 18, 2019, HSI Blaine investigators received information from Budget personnel that another Sea-Tac Airport to Chicago O'Hare Airport one-way rental had been made in the name of Co-conspirator 3. Specifically, Budget personnel indicated

---

[16] Of note, On March 12, 2019, and March 13, 2019, United States Border Patrol Agents apprehended a group of four undocumented noncitizens and a group of three undocumented noncitizens, respectively, near the U.S. – Canada border.

Complaint - 14
*United States v. Gill*

1  that Co-conspirator 3 was scheduled to pick-up a vehicle from Budget Sea-Tac Airport at

2  9:15 p.m., on March 18, 2019, with a scheduled return of the vehicle at Chicago O'Hare

3  Airport on March 22, 2019.

4        48.    On March 18, 2019, at approximately 8:30 p.m., HSI Agents installed a

5  court-authorized GPS tracking device on a silver GMC Yukon bearing Washington license

6  plate XXX3360 (hereinafter referred to as the "Yukon"), the vehicle identified by Budget

7  personnel as the vehicle that would be used to fulfill the reservation.

8        49.    On March 19, 2019, at approximately 5:45 a.m., GPS tracking data placed

9  the Yukon at the Kent Residence. After stopping at the Kent Residence for approximately

10  ten minutes, the GPS tracking device showed that the Yukon proceeded directly to I-90

11  eastbound. Over the next day, HSI agents tracked the vehicle using the GPS tracking

12  device, as the Yukon headed eastbound on I-90 towards Chicago.

13        50.    On March 20, 2019, Detectives from the Winnebago County Sheriff's office

14  conducted a traffic stop of the Yukon on eastbound I-90 in Roscoe, Illinois. The driver of

15  the vehicle, Co-conspirator 3, was positively identified by his Washington State driver's

16  license. The other seven passengers in the vehicle, did not have any identification

17  documents on their person.

18        51.    Records obtained from Uber show three separate split border trips in the

19  preceding days.

20        52.    The first trip originated on March 14, 2019, at 4:55 a.m., near the U.S. –

21  Canada Border in Lynden, WA, and ended near the Mariner Park and Ride in Everett, WA,

22  at 6:25 a.m. At 6:37 a.m., a trip ordered by Uber Account 1 originated near the Mariner

23  Park and Ride, and ended at 7:34 a.m., two houses away from the Kent Residence.

24        53.    The second split border trip originated on March 18, 2019, at 3:10 a.m., near

25  the U.S. – Canada Border in Lynden, WA, and terminated at the Mariner Park and Ride at

26  4:38 a.m. This first leg was ordered by Uber Account 5. The second leg of the trip

27  originated near the Mariner Park and Ride at 4:53 a.m., and ended at 5:36 a.m., .3 miles

28  from the Kent Residence.

Complaint - 15
*United States v. Gill*

54.     The third trip—ordered by Uber Account 2—began at 4:01 a.m. on March 18, 2019, near the U.S. – Canada Border, and ended at the Mariner Park and Ride at 5:22 a.m. The second leg of the trip—ordered by Uber Account 1—began at 5:32 a.m., and ended at 6:20 a.m., one house away from the Kent Residence.

55.     On March 29, 2019, HSI Blaine investigators received information from Avis Budget personnel regarding two new reservations for one-way rentals from Sea-Tac Airport to Chicago—both scheduled to be returned at Chicago O'Hare Airport.

56.     The first rental was for Co-conspirator 2 with a scheduled pick up from Sea-Tac airport on March 29, 2019. The vehicle was scheduled to be returned at Chicago O'Hare Airport on April 1, 2019. The individual making the reservation requested a large SUV.

57.     The second rental reservation was in the name of an individual known to law enforcement (hereinafter "Co-conspirator 4"). Avis Budget personnel indicated that Co-Conspirator 4 was also scheduled to pick up a Chevrolet Tahoe from Budget Sea-Tac Airport on March 29, 2019, and return it to the Chicago O'Hare Airport on April 1, 2019.

58.     On March 29, 2019, at approximately 7:40 p.m., Avis Budget personnel informed HSI SA Montgomery that Co-conspirator 4 had requested a larger vehicle, and ultimately, a Ford Expedition was used to fill Co-conspirator 4's reservation.

59.     On March 30, 2019, between approximately 5:23 a.m. and 5:29 a.m., court-authorized GPS tracking data placed the Expedition in the cul-de-sac of the Kent Residence. According to the tracker data, the Expedition then departed Kent, WA, and eventually traveled eastbound on I-90. Over the next day, HSI agents tracked the vehicle using the GPS tracking device, as the Expedition headed eastbound on I-90 towards Chicago.

60.     On March 31, 2019, at approximately 1:30 p.m., after the Expedition crossed into Illinois, HSI Chicago agents began physical surveillance of the Expedition. The Expedition appeared to be occupied by at least six individuals.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

61.     At approximately 2:42 p.m., the Expedition arrived at the Patel Bros. Grocery Store in Schaumburg, IL. At least two of the individuals exited the Expedition and entered a Honda Pilot. Investigators followed the Pilot to an address in Munster, Indiana, where the occupants of the vehicle entered an unknown building located at 10434 White Oak Lane in Munster, Indiana.

62.     Records obtained from Uber show five separate Uber split border trips in the preceding days, with each trip ending at or near the Kent Residence. Investigators noted two split trips on March 26, 2019 (with two of the four legs being ordered by Uber Account 1 or 5), two split trips on March 28, 2019 (with two of the four legs being ordered by Uber Account 1 or 2), and one split trip on March 29, 2019 (with the second leg of the trip being ordered by Uber Account 1).

**D.      July 24, 2021, Smuggling Event Involving GILL, Co-conspirator 2, and Co-conspirator 3**

63.     In August 2021, investigators reviewed surveillance video of a smuggling event that occurred on July 24, 2021, at Shell gas station, located at 4542 Martin Way E., Olympia, WA.

64.     During their review of the surveillance video, investigators noted that at 12:14 a.m., on July 24, 2021, a red sports utility vehicle (SUV), driven by Co-conspirator 2, arrived at the gas station and parked at one of its gas pumps. Approximately three minutes later, a white 2010 Nissan Armada, registered to Daljit KAUR at an Elk Grove, CA, residence (hereinafter "the 2010 Armada") arrived on the opposite side of the gas pump. Investigators then observed six suspected undocumented noncitizens exit the 2010 Armada and enter the red SUV. These individuals were traveling with either no personal belongings or, at most, a backpack.

65.     At approximately 12:36 a.m., investigators observed the 2010 Armada return to the gas station and park at another gas pump. Within seconds, a grey Chrysler Pacifica minivan, bearing Washington license plate BWS4749, approached the opposite side of the gas pump. A male subject with a long grey beard, with a blue zip-up sweatshirt and grey

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

sweatpants, can be seen exiting the driver's seat of the 2010 Armada. Based upon my review of the surveillance video, and my review of multiple photographs of GILL, I believe that the driver of the 2010 Armada is GILL. GILL can then be seen speaking with the driver of the minivan ("Co-conspirator 3), and then appears to direct individuals to exit the 2010 Armada and enter the grey minivan. Once again, each of the six individuals is observed to have very little personal belongings. After a few minutes, both vehicles depart the area.

66.     Based upon registration checks, it was determined that the registered owner of the grey minivan was EAN Holdings, which among other companies, is the parent company of Enterprise Car Rental.

67.     According to records provided by Enterprise, the renter of the grey minivan, a 2020 Chrysler Pacifica, bearing Washington license plate BWS4749, was "Co-conspirator 3." This vehicle was rented on July 23, 2021, in Puyallup, WA, and returned on July 25, 2021, at Chicago O'Hare International Airport.

68.     According to an open-source search in Google Maps, the Lacey Residence is approximately a seven-minute drive from the Shell gas station in Olympia, WA. Based on the timeframe observed in the surveillance footage, I believe that after GILL dropped off the first set of six individuals who left the area in a red SUV being driven by Co-conspirator 2, GILL returned to the Lacey Residence, where additional undocumented noncitizens were being staged. I believe that GILL then returned to the same gas station with a second set of noncitizens being smuggled, and these individuals were then further transported in the grey Chrysler minivan driven by Co-conspirator 3 that Co-conspirator 3 had rented on July 23, 2021.

69.     Based upon a review of records provided by Uber, investigators know that there were six split border trips involving Uber Accounts 2 and 3 between July 15, 2021, and July 23, 2021. Each of these trips originated near the U.S. – Canada border in the early morning hours, was split at the Radisson Sea-Tac, and then terminated at the same Lacey, WA, parking lot—that is approximately 2.1 miles from the Lacey Residence. Investigators believe that some, or all, of these six Uber trips involved the initial transport and staging

Complaint - 18
United States v. Gill

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  of undocumented noncitizens at the Lacey Residence, before further transport by the
2  smuggling organization on July 24, 2021, as detailed above.

3  **E.      GILL's Use of Capital One Credit Card to Purchase Airfare for**
4  **Noncitizens Smuggled by the Organization in late 2021 and early 2022**

5       70.    On March 23, 2022, Capital One Bank (USA), N.A., provided records for a
6  Capital One credit card (hereinafter "the Capital One credit card") in the name of "Jaipaul
7  Singh."[17] The address of record for this account was listed as 10074 Dona Neely Way, Elk
8  Grove, CA, *i.e.*, the Elk Grove Residence, where GILL is suspected to reside.

9       71.    On December 23, 2021, at approximately 3:16 a.m., Uber Account 3 ordered
10 a ride from near the U.S. – Canada border to the Sea-Tac Airport. A subsequent trip-
11 splitting ride, also ordered by Uber Account 3, departed at 5:25 a.m. from the Radisson
12 Sea-Tac, and arrived at the Century Motel at 5:36 a.m. Later that evening, at approximately
13 9:26 p.m., Uber Account 5 was used to order a ride from the Century Motel to the Sea-Tac
14 Airport.

15      72.    On December 23, 2021, a United Airlines flight from Seattle, WA, to
16 Newark, NJ, was booked using the Capital One credit card account for two passengers. The
17 credit card statement listed the United Airlines ticket number and the passenger names
18 "PXXXX/NXXXX B." and "PXXXX/TXXXXX B."

19      73.    A review of the United Airlines passenger manifest for Flight 2345 with
20 service from Seattle, WA to Newark, NJ, showed two passengers listed as
21 "PXXXX/NXXXX B." and "PXXXX/TXXXXX B." The manifest also revealed that the
22 two passengers did not have any checked bags. In my experience, and based upon the
23 investigation to date, individuals that are smuggled unlawfully into the United States do
24 not possess more than a small bag of personal belongings.

---

26 [17] Investigators believe this name to be an alias of GILL. A Bank of America (BoA) account
27 previously identified during this investigation also used the name of Jaipaul Singh. Moreover, this
   BoA account was used to pay 10 of the 114 payments during the requested time period on the
28 Capital One credit card. This bank account, which was closed in October 2021, had an associated
   phone number of XXX-XXX-2319, *i.e.*, the telephone number on record with Uber Account 1.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

74.     On December 24, 2021, at approximately 2:53 a.m., Uber Account 5 ordered a ride from near the U.S. – Canada border to the Sea-Tac Airport. A subsequent trip-splitting ride, ordered by Uber Account 2, departed from the Radisson Sea-Tac at 5:01 a.m., and arrived at the Kent-Des Moines Park & Ride—which is located approximately 0.2 miles from the Century Motel—at 5:11 a.m. Later that afternoon, at approximately 3:02 p.m., Uber Account 2 ordered a ride from the Century Motel to the Sea-Tac Airport.

75.     On December 24, 2021, an Alaska Airlines flight from Seattle, WA, to Chicago-O'Hare International Airport, was booked using the Capital One credit card account for two passengers. The credit card statement listed the Alaska Airlines ticket number and passenger names "PXXXX/PXXXX B." and "PXXXX/AXXXXXXXXXX J."

76.     A review of the Alaska Airlines passenger manifest for Flight 26 with service from Seattle, WA, to Chicago-O'Hare International Airport showed the passengers listed as "PXXXX/PXXXX B." and "PXXXX/AXXXXXXXXXX J."

77.     On February 2, 2022, at approximately 2:53 a.m., Uber Account 5 ordered a ride from near the U.S. – Canada border to the Sea-Tac Airport. A subsequent trip-splitting ride, ordered by Uber Account 3, departed from the Radisson Sea-Tac at 3:43 a.m., and arrived at the Century Motel at 3:52 a.m. Later that evening, at approximately 9:07 p.m., Uber Account 2 ordered a ride from the Century Motel to the Sea-Tac Airport.

78.     On February 2, 2022, a United Airlines flight from Seattle, WA to Newark, NJ was booked using the Capital One credit card account for two passengers. The credit card statement listed the United Airlines ticket number and passenger names "DXXXX/KXXXXXXX K." and "DXXXX/KXXXXXXXXX J."

79.     A review of the United Airlines passenger manifest for Flight 2680 with service from Seattle, WA, to Newark, NJ, showed two passengers listed as "DXXXX/KXXXXXXX K." and "DXXXX/KXXXXXXXXX J." The manifest also revealed that the two passengers did not have any checked bags.

Complaint - 20
*United States v. Gill*

80. According to CBSA records, KXXXXXXX K. DXXXX and KXXXXXXXXX J. DXXXX, entered Canada at Pearson International Airport, Toronto, Canada, on December 24, 2021. A search of U.S. law enforcement databases revealed that KXXXXXXXXX J. DXXXX was refused a visitor visa to the United States in 2015. There is no record of any lawful admission into the United States for either individual.

81. On February 8, 2022, at approximately 11:51 p.m., Uber Account 5 ordered a ride from near the U.S. – Canada border to the Sea-Tac Airport. A subsequent trip-splitting ride, ordered by the Uber Account 3 on February 9, 2022, departed from the Radisson Sea-Tac at 2:04 a.m., and arrived at the Century Motel at 2:13 a.m. Later that evening, at approximately 9:28 p.m., Uber Account 2 ordered a ride from the Century Motel to the Sea-Tac Airport.

82. On February 9, 2022, an Alaska Airlines flight from Seattle, WA to Chicago-O'Hare was booked using the Capital One credit card account for one passenger. The credit card statement listed the Alaska Airlines ticket number and passenger name "PXXXX/DXXXXXXXX B."

83. A review of the Alaska Airlines passenger manifest for Flight 718 with service from Seattle, WA, to Chicago-O'Hare International Airport, showed one passenger listed as "PXXXX/DXXXXXXXX B."

84. CBSA searched their records and found a match to this subject that entered Canada on a student visa to attend St. Clair College. The subject, DXXXXXXXXX B. PXXXX, entered Canada through Montréal–Trudeau International Airport on October 29, 2021. CBSA confirmed with the college that the subject never enrolled for classes at this college. A review of various law enforcement databases indicate that this individual has never applied for permission to enter, nor been lawfully admitted into, the United States.

85. During the period requested for the Capital One credit card records (December 10, 2020 – February 21, 2022), the account was used to purchase $12,400.38 in airfare. Significantly, none of the passenger names for any flights listed on the credit card statements showed the name of the credit card holder.

Complaint - 21
United States v. Gill

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2

**F.      GILL's Purchase of Uber Gift Cards on March 29, 2022, and Use of Uber Gift Cards During Smuggling Events on April 15 and 16, 2022**

3
4
5

86.      Based on records provided by Uber, at approximately 6:06 p.m., on March 29, 2022, a purchase of two Uber gift cards totaling $350 was made at a Rite Aid located at 10570 Twin Cities Road, Galt, CA (hereinafter "the Galt Rite Aid").[18]

6
7

87.      The first gift card purchased in Galt, CA, on March 29, 2022, was redeemed by Uber Account 3 during a suspected smuggling event detailed below.

8
9
10
11
12
13
14

88.      On April 15, 2022, at 4:33 p.m., Uber Account 3 requested the first leg of a split trip ride, both ordered by Uber Account 3. This first leg originated from Cornwall Avenue in Bellingham, WA, at 4:34 p.m. and ended in Everett, WA, at 6:29 p.m. Based on location data from Uber, the location of the destination in Everett was a Kentucky Fried Chicken restaurant. The second leg of the split-trip, also ordered by Uber Account 3, departed just behind the same restaurant at 6:40 p.m. and arrived at the Century Motel in Kent, WA, at 7:25 p.m.

15
16
17
18

89.      The second gift card that was purchased on March 29, 2022, at the Galt Rite Aid was redeemed on April 16, 2022, at 1:31 a.m. by the user of Uber Account 3. This gift card redemption also corresponds to another suspected human smuggling event that occurred shortly thereafter.

19
20
21
22
23
24

90.      On April 16, 2022, at approximately 2:48 a.m., Uber Account 3 requested the first leg of a trip-splitting ride that originated from near the U.S. – Canada border. This trip originated at 3:16 a.m., near 2855 Whitewood Drive in Custer and arrived at Sea-Tac Airport at 5:15 a.m. The second leg of the split-trip, ordered by Uber Account 1, departed the Radisson Sea-Tac at 5:31 a.m., and at 6:21 a.m. arrived at 2727 Fiddleback Street NE, Lacey, WA. This location is three houses away from the Lacey Residence.

25
26
27
28

---

[18] This Rite Aid is located approximately 2.1 miles from a residence owned by Daljit KAUR. Investigators observed GILL at this residence on May 10, 2022.

Complaint - 22
*United States v. Gill*

1    91.    Based on remote video surveillance at the Lacey Residence, at 6:20 a.m., the

2   garage to the residence opened without any cars in the area. Less than a minute later, three

3   individuals, each appearing to be carrying a backpack, walked up to the residence, entered

4   the garage, and walked into the house. After a short time, the garage then closed behind

5   them.



13    92.    Later that evening, at approximately 8:37 p.m., a ride was ordered by Uber

14   Account 1 from 2801 Fiddleback St. NE in Lacey, WA, which is directly next door to the

15   Lacey Residence. This Uber trip arrived at Sea-Tac Airport at 9:25 p.m.

16    93.    Based on the remote video surveillance from the Lacey Residence, at 8:37

17   p.m., what appears to be the same three individuals that arrived earlier in the morning,

18   emerged from the garage and stood outside until, within thirty seconds, a vehicle pulled up

19   and the individuals entered the vehicle. Based on the time and vehicle described by Uber,

20   I believe this to be the same trip, ordered by Uber Account 1, to the Sea-Tac Airport.

21   Through my investigation, I believe these people to be undocumented noncitizens that

22   GILL had smuggled into the United State and harbored at the Lacey Residence, before

23   their additional transportation in furtherance of their unlawful entry into the United States.

24   //

25   //

26   //

27

28

Complaint - 23
*United States v. Gill*



### G.    GILL's Purchase of Uber Gift Cards on April 21, 2022

94.    According to Uber records, on April 21, 2022, at 12:54 a.m., Uber gift cards in the amount of $150 and $200 were purchased at a Walgreens in Elk Grove, CA. According to these same records, these gift cards were credited to Uber Account 3 at 2:15 a.m. and 2:17 a.m. later that morning. Uber records further confirmed that at 2:59 a.m., Uber Account 3 ordered a fare with an origination near where the three noncitizens were apprehended—with an intended destination of Sea-Tac Airport.

95.    On May 6, 2022, investigators obtained video surveillance from a Walgreens located at 7299 Laguna Blvd, Elk Grove, CA (hereinafter "the Elk Grove Walgreens"),[19] where the Uber gift cards that were redeemed to Uber Account 3 were purchased.

---

[19] Based upon a review of an open-source mapping application, I know that this Walgreens is approximately 3.7 miles from the Elk Grove Residence.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

According to that surveillance video,[20] an individual that investigators believe to be GILL based upon observed physical characteristics—to include height, weight, approximate age, and a distinctive beard that is several inches in length, mixed black and grey around the mouth, but almost completely grey where it terminates below the neckline, was observed purchasing the Uber gift cards. Based upon review of the video surveillance, the individual suspected to be GILL paid cash for the gift cards.



### H.    GILL's Purchase of Uber Gift Cards and Video Surveillance from the Lacey Residence

96.    According to records obtained from Uber, gift cards in the amounts of $100, $200, and $200 were purchased at the Elk Grove Walgreens on April 22, 2022, at 2:14 a.m. According to Uber records, two of these gift cards were credited to Uber Account 2 at 3:26 a.m. and 3:27 a.m. later that morning. The third $200 gift card was credited to Uber Account 1 at 6:22 a.m. on April 22, 2022.

97.    On April 22, 2022, an individual that investigators believe to be GILL was observed on surveillance video at the Elk Grove Walgreens purchasing Uber gift cards. Based on the surveillance video, the individual suspected to be GILL paid cash for the gift cards.

---

[20] For reasons that are unknown to investigators, the timestamp on the Walgreens' surveillance video appears to be off (later) by one hour.

Complaint - 25
*United States v. Gill*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970





98. Investigators believe that the above-noted Uber gift card purchases relate to a split border trip involving Uber Accounts 1 and 2 on the morning of April 22, 2022. Specifically, at 5:18 a.m., a ride ordered by Uber Account 2 was picked up from Delta Line Road in Blaine, WA. This ride terminated at approximately 6:55 a.m. at 12952 4th Avenue W., Everett, WA, which is in close proximity to the Mariner Park & Ride. At 7:06 a.m., a ride ordered by Uber Account 1 was picked up close to the location where the border leg ordered by Uber Account 2 had terminated. The second leg of the trip concluded at 8:21 a.m., approximately .2 miles from the Lacey Residence.

99. At approximately 8:29 a.m., on April 22, 2022, based upon review of remote video surveillance, investigators know that the garage of the Lacey Residence opened. No vehicle was in sight at that time. A few seconds after the garage door opened, and as detailed in the below photo, unidentified individuals—each wearing a backpack—walked

1 into the garage of the Lacey Residence. The individual that was in front of the group
2 appeared to be talking on a cell phone as the group of four entered the garage of the Lacey
3 Residence. At 8:31 a.m., the garage was closed with the four individuals still inside the
4 garage.



### I.    GILL's Purchase of Uber Gift Cards on April 24, 2022

13    100.    According to records obtained from Uber, gift cards in the amounts of $100
14 and $200 were purchased at the Elk Grove Walgreens on April 24, 2022, at 12:32 a.m.
15 According to Uber records, these gift cards were credited to Uber Account 2 at 1:56 a.m.
16 and 1:57 a.m. later that morning.

17    101.    Though these two gift cards were credited to Uber Account 2, investigators
18 did not locate a corresponding Uber trip ordered by Uber Account 2 on the morning of
19 April 24, 2022. Rather, investigators located a trip that was ordered by Uber Account 3 that
20 originated in Lynden, WA, at 2:43 a.m., and terminated in Kent, WA, at 5:08 a.m. The
21 second trip-splitting leg of this suspected smuggling event is currently unknown.

22    102.    On April 24, 2022, an individual that investigators believe to be GILL was
23 observed on surveillance footage at the Elk Grove Walgreens purchasing Uber gift cards.
24 Based on the surveillance video, the individual suspected to be GILL paid cash for the gift
25 cards.

26 //
27 //
28 //

Complaint - 27
*United States v. Gill*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Register 2 / 3

### J.     GILL's Statements of Knowledge and Intent

103.    During this investigation, and as detailed in this section, law enforcement obtained various recorded statements between GILL and Co-conspirator 2.[21] During these conversations, GILL acknowledges that he is the individual bringing aliens unlawfully into the United States, arranging their transportation, and receiving payment for such services.

104.    For example, in a recorded communication with Co-conspirator 2 in January 2022, GILL, referring to unidentified co-conspirator(s), stated, "I keep telling them that we need a person to house these people and to drop them off. . . in Canada. Then the entire game is in our hands . . . [t]he entire game." GILL continued, "[y]es, once they come on this side, in the U.S. then there are so many locations where we can hide them until we find an Uber . . . [t]hink about something for that side and let me know. After that the entire f**king game is in our hands. . . [t]he entire game is in our hands. It's totally safe."

105.    In another recorded communication, also in January 2022, GILL, referring to a U.S. Border Patrol apprehension in Washington State, indicated, "[t]hey know from where these people are f**king coming. One hundred percent (100%)." GILL continued, "[s]o now if we [Indian smuggling organizations, generally] want to do this work then we have to do it from Winnipeg. I spoke to [deleted] in Toronto. He has two drivers who can pick up people from that side."

---

[21] As matter of law, at the time the recorded communications occurred, Co-conspirator 2 was not a member of the conspiracy.

Complaint - 28
*United States v. Gill*

106.    Later in the same recorded communication, GILL stated, "Three years ago, we worked with [deleted]. That f\*\*cker didn't come to pick up the clients and they got arrested. . . [t]his happened three years ago."

107.    In yet another January 2022 recorded communication, GILL explained, "[h]oping to set up something for a couple in the next few days. They are clients of [deleted]. The husband cannot walk too much. Want to try one route which is two years old. If they get away from there. That's an easy route if they get through."

108.    Finally, in another January 2022 recorded communication, GILL made clear his fee for smuggling individuals into the United States, "[f]rom now on make it eleven five hundred [$11,500] because there are a lot of expenses." GILL continued, "I'll give you a separate account number, so deposit the money in that account. . . I have to give this money to [deleted]. He is in Canada."

109.    This Complaint is being submitted via reliable electronic means. Fed. R. Crim. P. 4.1 & 41(d)(3).

//

//

//

Complaint - 29
*United States v. Gill*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Based on the above facts, I respectfully submit that there is probable cause to
2 believe that Jaspal GILL did knowingly and intentionally Conspire to Transport and Harbor
3 Certain Aliens for Profit, in violation of Title 8, United States Code, Sections
4 1324(a)(1)(A)(v)(I), (ii), and (iii), and 1324(a)(1)(B)(i).

DAVID J. SPITZER, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit sworn to before me by telephone, the Court
hereby finds that there is probable cause to believe the Defendant committed the offense
set forth in the Complaint.

Dated this 20th day of May, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint- 30
*United States v. Gill*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970