UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASPAL GILL, aka, RAJINDER PAL SINGH,<br><br>　　　　　　　　Defendant. | Case No. MJ22-224 BAT<br><br>DETENTION ORDER |

　　　　Mr. Singh[1] is charged with Conspiracy to Transport and Harbor Certain Aliens for Profit. 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (ii), (iii). and 8 U.S.C. §1324(a)(1)(B)(i). The Court held a detention hearing on March 25, 2022, pursuant to 18 U.S.C. § 3142(f), based on the government's motion that Mr. Singh is a serious risk of flight. Based on the reasons stated on the record and as set forth below, the Court finds:

　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Mr. Singh stipulated to detention.

　　　　2.　　Mr. Singh was not interviewed by pretrial services so there is little information

---

[1] At the hearing, Mr. Singh, through counsel, advised the Court that his name is Rajinder Pal Singh and not Jaspal Gill.

DETENTION ORDER - 1

about his background, education, work history, residence, or community ties.

3. The pretrial services report stated that Mr. Singh moved from India in his early 20s and has had addresses in Washington and in California. There is limited information available about him and his ties to the Western District.

4. Mr. Singh poses a serious risk of nonappearance due to previous convictions of avoiding law enforcement for deportation. Mr. Singh was also convicted for writing fraudulent checks and making false statements on passport applications. Mr. Singh shows an history of untruthfulness and poses a risk of nonappearance before the Court.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Mr. Singh's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. Singh shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Singh shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Singh is confined shall deliver the Mr. Singh to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Mr. Singh, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25 day of May, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3